Case: 1:24-mj-00043
Assigned To : Harvey, G. Michael
Assign. Date : 02/01/2024
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

The following events occurred on January 31, 2024 between the approximate hours of 12:07 a.m. and 12:35 a.m., on the public roadway outside of 629 Mellon St. SE, the 2900 block of Martin Luther King Jr. Ave SE, and the intersection of Martin Luther King Jr. Ave and Malcolm X Ave SE. Your affiant was not present for the arrest of JOSEPH ROBINSON. The facts in this statement come from my personal observations, my training and experience, and information obtained from other agents, officers, witnesses, and agencies.

All Officers mentioned in this statement were dressed in full "class B" police uniforms and driving marked cruisers. While on patrol in the Seventh District, Officer Shareef (Driver) and Officer Mateus (Front Passenger) were driving northbound on the 2900 block of MLK Jr. Ave. SE with Officer O'Connell (Driver), Officer Williams (Front Passenger) and Officer McCourt (Rear Left Passenger) following in another cruiser directly behind.

Officer Shareef and Officer Mateus observed a silver in color BMW bearing VA hard tags of TXW4069, parked in a bus lane outside 629 Mellon St. SE with the headlights on, and extremely heavy tint on all windows. Officers Shareef and Mateus made a left from MLK Jr. Ave. SE and pulled directly in front of the BMW, while Officers O'Connell, Williams, and McCourt parked on the northside of the roadway directly across from the BMW. All listed officers then exited their cruisers and approached the BMW.

While officers approached the vehicle, the occupant of the BMW, later identified as JOSEPH ROBINSON exited the vehicle from the driver's seat and began acting erratic. Officers began to explain to ROBINSON that he was being stopped for the tint violation as well as being parked in a bus lane, and that they needed his driver's license to write the Notices of Infraction (NOI's). ROBINSON stated to Officers "we ain't doing all that man, y'all can search my car" and then proceeded to open the driver and rear driver-side passenger doors to the vehicle.

Officers explained they did not need to search the vehicle and just needed ROBINSON'S identification for the NOI's. ROBINSON stated he did not have a license or any identification and began to walk eastbound towards MLK Jr. Ave. SE.

Officers O'Connell, Williams, and McCourt followed ROBINSON, ordering him to stop as he needed to identify himself. When ROBINSON reached the corner of Mellon St. and MLK Jr. Ave. SE he turned right and began to run southbound on the 2900 block of MLK Jr. Ave SE. Officers O'Connell, Williams, and McCourt ran after ROBINSON. When ROBINSON reached the intersection of MLK Jr. Ave and Malcolm X Ave. SE, he ran into the middle of Malcolm X Ave. SE and tripped and fell. ROBINSON then got back up and continued running southbound.

When ROBINSON reached the southside of the street he tripped and fell again and Officers Williams and McCourt then proceed to make contact with him to prevent him from fleeing further. At this point ROBINSON reached into his waistband with his right arm and pulled out a black in color handgun, when he threw into the middle of Malcolm X Avenue, Southeast, directly in front of Officer O'Connell.

ROBINSON was placed under arrest for Carrying a Pistol Without A License. ROBINSON then verbally identified himself as Joseph Robinson and provided his date of birth.

The firearm was later discovered to be a .45 ACP caliber Glock Model 30 with serial number DDB878. The firearm was loaded with one round in the chamber, and nine rounds of .45 caliber ammunition in a 10-round capacity magazine. At the time of recovery, the listed firearm appeared to be fully functional and designed to expel a projectile by means of explosion.

Officers Shareef and Mateus then returned to the BWM which was still located on the roadway outside 629 Mellon St. SE and conducted a probable cause search of the vehicle. Officer Shareef recovered a baggie containing a green leafy substance from the front passenger seat, and

a purple in color lunch box containing a digital scale, another zip-lock bag of green leafy substance, and a digital scale from the back passenger seat. A single loose round was also recovered from the top tray of the center console. At the Seventh District Station, the green leafy substance found in the vehicle was field tested and produced a positive color reaction for the presence of Marijuana-THC.

ROBINSON was charged in Superior Court for the District of Columbia criminal case number 2024 CF2 000941 with Unlawful Possession of a Firearm (Prior Crime of Violence) and Carrying a Pistol Without a License Outside of Home/Business. The case is scheduled for a preliminary hearing on February 2, 2024.

ROBINSON was previously convicted of Assault With a Dangerous Weapon in Superior Court for the District of Columbia criminal case number 2021 CF3 003824 and was sentenced to 60 months of incarceration, execution of sentence suspended as to all but 24 months with three years of supervised release. ROBINSON therefore had reason to know that he had been convicted of a crime punishable by imprisonment by a term exceeding one year.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case had to travel in interstate commerce.

As such, Your Affiant submits that probable cause exists to charge ROBINSON with a violation of Title 18, United States Code, Section 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Your Affiant has not set forth every fact known to him about the investigation but facts that are sufficient to establish probable cause.

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone.

*N. Vorotnikova*

Natalia Vorotnikova, Badge No.6129
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on February 1, 2024.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge